April 26, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

WILLIAM DOW HAMM, III, Appellant

NO. 14-12-00151-CV                           V.

AMERICAN EXPRESS CENTURION BANK, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on November 30, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by WILLIAM DOW HAMM, III.

We further order this decision certified below for observance.